UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND DIVISION

| | |
|---|---|
| In re<br><br>Luis A. Plaza and<br>Virginia A. Plaza,<br><br> Debtors, | Case No. 16-12739-pmc<br><br>Chapter 7<br><br>Judge: Pat E. Morgenstern-Clarren<br><br>Property: 2014 Rushmore Crossroads Washington RV 5th Wheel VIN 4V0FC3921EG004280 |

### AMENDED NOTICE OF MOTION OF BANK OF THE WEST
### FOR RELIEF FROM STAY AND CERTIFICATE OF SERVICE

Bank of the West, its assignees and/or successors in interest (Creditor) has filed papers with the Court to obtain relief from stay. The preliminary hearing on this matter, if any is required, is set for 8/18/2016 at 8:30 a.m. at the United States Bankruptcy Court, Howard M. Metzenbaum U.S. Courthouse, 201 Superior Avenue, Cleveland, Ohio 44114-1235.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the Court to grant the relief from stay or if you want the Court to consider your views on the motion, then on or before 8/11/2016, you or your attorney must:

>File with the Court a written request for hearing and a written response setting forth the specific grounds for objection at:

CLERK OF THE COURT
UNITED STATES BANKRUPTCY COURT
HOWARD M. METZENBAUM U.S. COURTHOUSE
201 SUPERIOR AVENUE
CLEVELAND, OHIO 44114-1235

If you mail your request and response to the Court for filing, you must mail it early

enough so the Court will **receive** it on or before the date stated above.

You must also serve:

Waldemar J. Wojcik
526 Superior Avenue
Leader Bldg. #1030
Cleveland, OH 44114
Chapter 7 Trustee

If you or your attorney do not take these steps, the Court may decide that you do not oppose the Motion for Relief from Stay and may enter an order granting that relief.

# CERTIFICATE OF SERVICE

       I certify that on _____7/27/2016__, copies of this Amended Notice of Motion for Relief from the Automatic Stay and Abandonment were served on the following Parties-in-Interest:

**Electronic Mail Notice List:**

The following is the list of parties who are currently on the list to receive e-mail notice/service for this case.

- William J. Balena      docket@ohbksource.com
- United States Trustee      (Registered address)@usdoj.gov
- Edward A. Bailey      bknotice@reimerlaw.com
- Waldemar J. Wojcik      wwojcik@wojciklpa.com, wwojcik@ecf.epiqsystems.com

**Names and Addresses of Parties served via ordinary U.S. Mail:**

Luis A. Plaza
7336 Warblers Lane
North Ridgeville, OH 44039
Debtor

Virginia A. Plaza
7336 Warblers Lane
North Ridgeville, OH 44039
Debtor

                          **FENTON & MCGARVEY, P.S.C.**

                      By:  / s/ Dennis Ostrowski
                            Dennis Ostrowski (KY#-85449)
                            Counsel for Creditor
                            2401 Stanley Gault Parkway
                            Louisville KY 40223
                            (502) 638-4961
                            loubknotices@fenton-mcgarvey.com
                            NDOH Admission Bar Date: 3/23/00
                            Retained Counsel for Movant
                            B.603-154.NF